RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department Of Justice

SEAN CARMAN
LOREN REMSBERG
Trial Attorneys
Environmental Enforcement Section
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20004
Tel:   (202) 514-2746
Fax:  (202) 514-4180
E-mail: sean.carman@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C 3:08-cv-05501 TEH |
| Plaintiff, | **STIPULATION FOR STAY AND [PROPOSED] ORDER** |
| v. | |
| BRADLEY MINING CO., | |
| Defendant. | |

IT IS HEREBY STIPULATED by Plaintiff, the United States of America, on the one hand, and Defendant, Bradley Mining Company, on the other hand, that: (1) all proceedings in this matter, with the exception of mediation-related proceedings, be stayed until the Initial Case Management Conference, which is currently scheduled for April 20, 2009 at 1:30 p.m.; and (2) the United States' response to the counterclaims is not due until June 19, 2009, 60 days after the continued Initial Case Management Conference.

The parties respectfully submit that good cause exists for staying proceedings in this matter, as follows:

1. In a Stipulation filed with this Court on January 13, 2009, Plaintiff and Defendant in this case agreed to participate in mediation in an attempt to settle this matter before any further litigation is required.

2. This case will be mediated alongside Case No. 3-08-CV-03968, in which Martin Quinn, Esq., of JAMS, has been appointed as Mediator.

3. Resolution of the United States' claims and Defendants' counterclaims through mediation would serve to reduce litigation expenses for the parties and would also preserve the Court's resources.

The parties agree that they will provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by March 20, 2009. The parties have submitted a proposed Order concurrently with this Stipulation.

I attest that concurrence in the filing of this Stipulation has been obtained by Mr. Wactor.

Dated: January 13, 2009

/s/ Sean Carman
SEAN CARMAN
LOREN REMSBERG
Trial Attorneys
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20004
Tel:  (202) 514-2746
Fax:  (202) 514-4180
E-mail: sean.carman@usdoj.gov
Attorneys for Plaintiff United States

Dated: January 13, 2009

/s/ Jon Wactor
Jon Wactor
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California  94612
Tel:  (510) 465-5750
Fax:  (510) 465-5697
Attorney for Defendant Bradley Mining Co.

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1) all proceedings in this matter, with the exception of mediation-related proceedings, shall be stayed until the continued Initial Case Management Conference;

(2) the United States' response to the counterclaims is not due until 60 days after the continued Initial Case Management Conference; and

(3) the parties shall provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by March 20, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   01/16/09

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA