RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department Of Justice

SEAN CARMAN
LOREN REMSBERG
Trial Attorneys
Environmental Enforcement Section
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20004
Tel:   (202) 514-2746
Fax:   (202) 514-4180
E-mail: sean.carman@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. C 3:08-cv-05501 TEH |
| ) | |
| Plaintiff, ) | **STIPULATION SELECTING ADR PROCESS AND [PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| BRADLEY MINING CO., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

1  Counsel report that they have met and conferred regarding ADR and have
2  reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  **Court Processes:**
5  ☐   Non-binding Arbitration (ADR L.R. 4)
6  ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
7  ✓   Mediation (ADR L.R. 6)
8  (Note: Parties who believe that an early settlement conference with a Magistrate
9  Judge is appreciably more likely to meet their needs than any other form of ADR,
10 must participate in an ADR phone conference and may not file this form. They
11 must instead file a Notice of Need for ADR Phone Conference. See Civil Local
12 Rule 16-8 and ADR L.R. 3-5)
13 **Private Process:**
14 ☐   Private ADR (please identify process and provider)
15 _____
16 _____
17 The parties agree to hold the ADR session by:
18 ☐   The presumptive deadline (The deadline is 90 days from the date of the
19      order referring the case to an ADR process unless otherwise ordered).
20 ☐   Other requested deadline _____

21 Dated: January 13, 2009          /s/ Sean Carman
                                    SEAN CARMAN
22                                  LOREN REMSBERG
                                    Trial Attorneys
23                                  Environmental Enforcement Section
24                                  U.S. Department of Justice
                                    601 D Street NW
25                                  Washington, D.C. 20004
                                    Tel:  (202) 514-2746
26                                  Fax:  (202) 514-4180
27                                  E-mail: sean.carman@usdoj.gov
                                    Attorneys for Plaintiff United States
28

1  Dated: January 13, 2009          /s/ Jon Wactor
2                                   Jon Wactor
                                    Wactor & Wick LLP
3                                   180 Grand Avenue, Suite 950
                                    Oakland, California  94612
4                                   Tel:  (510) 465-5750
                                    Fax:  (510) 465-5697
5                                   Attorney for Defendant Bradley Mining Co.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

✓ Mediation

☐ Private ADR

Deadline for ADR session:

☑ 90 days from the date of this order.

☐ Other _____

IT IS SO ORDERED.

Dated: 01/16/09                     _____
                                    THELTON E. HENDERSON, JUDGE
                                    UNITED STATES DISTRICT COURT

[Seal: United States District Court, Northern District of California — signed "Judge Thelton E. Henderson"]

-3-
*Stipulation Selecting ADR Process and Proposed Order*
Case No. 08-05501 TEH