LOREN REMSBERG
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20004
Tel: (202) 514-3143
Fax: (202) 514-4180
E-mail: loren.remsberg@usdoj.gov

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6566
Fax:   (415) 744-6476
E-mail: rochelle.russell@usdoj.gov

Attorneys for Plaintiff and Counter-Defendant United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>BRADLEY MINING COMPANY,<br><br>           Defendant. | Case No. 3:08-cv-05501 TEH<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE**<br><br>**AND**<br><br>**[PROPOSED] ORDER THEREON** |

1    WHEREAS, on September 26, 2008, Plaintiff United States of America ("United
2 States"), on behalf of the United States Environmental Protection Agency and United States
3 Forest Service, filed the complaint in the above-captioned matter against Defendants Bradley
4 Mining, seeking, among others, recovery of unreimbursed costs incurred and to be incurred,
5 together with interest, for activities undertaken in response to the release or threatened release of
6 hazardous substances at the Stibnite Mine Site in Valley County, Idaho, pursuant to Section
7 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980
8 ("CERCLA"), 42 U.S.C. § 9607(a);
9    WHEREAS, on December 11, 2008, Defendants filed an amended answer to the
10 complaint, including counterclaims against the United States;
11    WHEREAS, at the parties' request, the Court stayed this action on January 16, 2009, to
12 allow the parties to participate in mediation, and such order has been modified by the Court's
13 Order of February 4, 2010, as explained below;
14    WHEREAS, pursuant to stipulation, the United States' time for filing a response to
15 Defendants' counterclaims has been extended several times to allow for settlement discussions;
16    WHEREAS, the United States' response to Defendants' counterclaims is currently due on
17 April 2, 2010;
18    WHEREAS, on February 1, 2010, the Court held a Case Management Conference, in
19 which the parties expressed their continued interest in resolving this case and the related action,
20 United States v. Bradley Mining Company, 08-CV-03968 TEH, through settlement;
21    WHEREAS, on February 4, 2010, the Court, in response to the matters raised at the Case
22 Management Conference, issued an Order (filed in the related case, United States v. Bradley
23 Mining Company, 08-CV-03968, Dkt. 45) that, among other things, required the United States to
24 join the Elem Tribe as a necessary party unless certain settlement issues are reconciled within 90
25 days and set a further Case Management Conference for May 3, 2010, Dkt. 30;
26    WHEREAS, the parties seek to continue their efforts at resolving the complex settlement
27 matters noted in the Court's February 4, 2010 Order before the continued May 3, 2010 Case
28 Management Conference, and agree that a further extension of the United States' deadline for

filing a response to Defendants' counterclaims is therefore warranted;

    NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate that the United States shall file its response to Defendants' counterclaims on or before May 28, 2010.

Dated: March 22, 2010

/s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6566
Fax:   (415) 744-6476
E-mail: rochelle.russell@usdoj.gov

LOREN REMSBERG
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
601 D Street NW
Washington, D.C. 20004
Tel: (202) 514-3143
Fax: (202) 514-4180
E-mail: loren.remsberg@usdoj.gov

*Attorneys for Plaintiff and Counter-Defendant United States of America*

Dated: March 22, 2010

/s/ Jon K. Wactor
JON K. WACTOR
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California 94612
Tel: (510) 465-5750
Fax: (510) 465-5697
Email:  JonWactor@ww-envlaw.com
*Attorneys for Defendants Bradley Mining Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   03/24/10

THELTON E. H[ENDERSON]
UNITED STAT[ES DISTRICT JUDGE]

*Judge Thelton E. Henderson*

-2-
Stipulation to Extend Answer Deadline - 3:08-cv-05501 TEH