IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

LOREN REMSBERG
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Tel:  (202) 514-3143
Fax:  (202) 514-4180
E-mail: loren.remsberg@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRADLEY MINING COMPANY,<br><br>                    Defendant. | Case No. 3:08-CV-05501 TEH<br><br>JOINT STATUS REPORT,<br>STIPULATION, AND<br>[PROPOSED] ORDER |

On January 4, 2010, Plaintiff United States and Defendant Bradley Mining Company ("Bradley Mining") filed separate status reports with the Court.  Docket Nos. 24, 25.  In its January 2010 status report, the United States described four open issues it was negotiating with Defendants in this and the related case, United States v. Bradley Mining Co. *et al*, No. 3:08-cv-03968 (TEH):  the extent of land transfers from the Bradley Trust to the Elem Tribe and United States, the terms of the release provided by the United States to the Defendants, the division of insurance proceeds between the United States and Bradley Mining, and the division of Bradley Mining's annual net income between the United States and Bradley Mining.  Docket No. 24 at 4. On April 26, 2010, the parties filed a joint stipulation and proposed order with the Court, stating that the parties had come to agreement but not yet finalized the general terms of a settlement. Docket No. 36 at 2.  Pursuant to the stipulation, this Court entered an Order staying proceedings until the Initial Case Management Conference and requiring the parties to provide a joint report on case status, prospects of settlement, and case management scheduling by July 6, 2010. Docket No. 37 at 4.  The parties hereby submit this report in response to the Court's Order.

In the past two months, the parties have drafted and exchanged settlement documents to reflect the specific requirements of disbursement of insurance proceeds, division of annual income, land transfers, and covenants associated with the proposed settlement agreement.  The parties have significantly narrowed their differences on these issues and continue to make substantial progress toward reaching a final agreement among the United States, the Defendants, and the Elem Tribe.  The parties have also agreed to a scheduled meeting in mid-July at the Sulphur Bank Site to finalize proposed lot-line adjustments for one parcel.

As provided in the proposed Order below, the parties jointly stipulate and request the Court to:  (1) stay all proceedings in this matter, with the exception of any further mediation-related proceedings, until the continued Initial Case Management Conference; and (2) continue the Initial Case Management Conference until November 1, 2010, so that the parties may conclude settlement negotiations regarding the terms of a proposed consent decree.  The parties propose to report to the Court by October 4, 2010, regarding case status, prospects of settlement, and case management scheduling, if needed.

1    IT IS SO STIPULATED.

2        I attest that concurrence in the filing of this Joint Status Report, Stipulation, and

3   [proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendant Bradley

4   Mining Company.

5   Dated:  July 2, 2010                     /s/ Loren Remsberg

6                                            Loren Remsberg
                                             Environmental Enforcement Section
7                                            U.S. Department of Justice
                                             601 D Street, NW
8                                            Washington, DC 20004
                                             Tel:  (202) 514-3143
9                                            Fax:  (202) 514-4180
                                             Attorneys for Plaintiff United States of
10                                            America

11  Dated:  July 2, 2010                     /s/ Jon K. Wactor

12                                           Jon K. Wactor
                                             Wactor & Wick LLP
13                                           180 Grand Avenue, Suite 950
                                             Oakland, California 94612
14                                           Tel: (510) 465-5750
                                             Fax: (510) 465-5697
15                                           Attorneys for Defendants Bradley Mining
                                             Company and Frederick Bradley, as Trustee of the
16                                           Worthen Bradley Family Trust

17

18                              **[PROPOSED] ORDER**

19        GOOD CAUSE APPEARING, IT IS ORDERED that:

20  (1)   all proceedings in this matter, with the exception of any further mediation-related

21        proceedings, shall be stayed until the continued Initial Case Management Conference;

22  (2)   the Initial Case Management Conference, which is currently set for 1:30 p.m. on August

23        2, 2010, shall be continued until 1:30 p.m. on November 1, 2010, or a date thereafter that

24        is set by the Court;

25  (3)   the United States' response to the counterclaims is not due until January 3, 2011, 60 days

26        after the continued Initial Case Management Conference;

27  (4)   Bradley Trust's motion for summary judgment, currently scheduled for hearing on

28        August 30, 2010, shall be continued until 10 a.m. on November 29, 2010; and

(5)   the parties shall provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by October 4, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   07/02/10

_____

THELTON E. HENDERSON, JUDGE

UNITED STATES DISTRICT COURT



Judge Thelton E. Henderson

Joint Status Report, Stipulation, and [Proposed] Order - Case No. 3-08-CV-05501 TEH