IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

LOREN REMSBERG
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: (202) 514-3143
Fax: (202) 514-4180
E-mail: loren.remsberg@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:08-CV-05501 TEH |
| Plaintiff, | |
| v. | JOINT STATUS REPORT, STIPULATION, AND [~~PROPOSED~~] ORDER |
| BRADLEY MINING COMPANY, | |
| Defendant. | |

On October 4, 2010, the parties filed a joint status report, stipulation, and proposed order with the Court, stating that the parties had not yet finalized the terms of a settlement regarding land transfer but that the parties continued to make substantial progress. Docket No. 41 at 2. Pursuant to the stipulation, this Court entered an Order staying proceedings until the Initial Case Management Conference and requiring the parties to provide a joint report on case status, prospects of settlement, and case management scheduling by January 7, 2011. Docket No. 42 at 4. The parties hereby submit this report in response to the Court's Order.

The proposed settlement encompasses disbursement of insurance proceeds, division of annual income, land transfer, and covenants associated with the proposed settlement agreement. The United States is working with the Defendants and a surveyor to apply to Lake County, California, for lot-line adjustments at the Sulphur Bank Site in advance of the proposed transfer under the draft settlement agreement of certain properties held by the Defendants. The United States is also conferring with Lake County officials to ensure that the parties meet the County's requirements for the lot-line adjustments. Reflecting the preparatory work done at the Sulphur Bank Site, the parties continued to negotiate and to exchange draft settlement documents regarding the specific requirements of the proposed settlement relating to insurance proceeds, division of annual income, and covenants. In addition, the parties are working toward an agreement concerning land use issues at the Stibnite Mine Site. The parties continue to make progress toward reaching a final agreement among the United States, the Settling Defendants, and the Elem Tribe.

As provided in the proposed Order below, the parties jointly stipulate and request the Court to: (1) stay all proceedings in this matter, with the exception of any further mediation-related proceedings, until the continued Initial Case Management Conference; and (2) continue the Initial Case Management Conference until May 10, 2011, so that the parties may conclude settlement negotiations regarding the terms of a proposed consent decree. The parties propose to report to the Court by April 8, 2011, regarding case status, prospects of settlement, and case management scheduling, if needed.

1  IT IS SO STIPULATED.

2  I attest that concurrence in the filing of this Joint Status Report, Stipulation, and
[proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendant Bradley
Mining Company.

Dated: January 6, 2011          /s/ Loren Remsberg

Loren Remsberg
Environmental Enforcement Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: (202) 514-3143
Fax: (202) 514-4180
Attorneys for Plaintiff United States of
America

Dated: January 6, 2011          /s/ Jon K. Wactor

Jon K. Wactor
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California 94612
Tel: (510) 465-5750
Fax: (510) 465-5697
Attorneys for Defendant Bradley Mining
Company

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1) all proceedings in this matter, with the exception of any further mediation-related proceedings, shall be stayed until the continued Initial Case Management Conference;

(2) the Initial Case Management Conference, which is currently set for 1:30 p.m. on February 7, 2011, shall be continued until May ~~10~~ 9, 2011, at 1:30 p.m., or a date thereafter that is set by the Court;

(3) the United States' response to the counterclaims is not due until ~~June~~ July 8, 2011, or 60 days after the date set by the Court for the continued Initial Case Management Conference;

(4) Bradley Trust's motion for summary judgment, currently scheduled for hearing on March 7, 2011, shall be continued until 10 a.m. on June ~~8~~ 13, 2011; and

(5)  the parties shall provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by April 8, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/07/2011



THELTON E. HENDERSON
UNITED STATES DISTRICT