IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

LOREN REMSBERG
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: (202) 514-3143
Fax: (202) 514-4180
E-mail: loren.remsberg@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:08-CV-05501 TEH |
| Plaintiff, ) | |
| v. ) | JOINT STATUS REPORT, STIPULATION, AND [~~PROPOSED~~] ORDER |
| BRADLEY MINING COMPANY, ) | |
| Defendant. ) | |

On January 6, 2011, the parties filed a joint status report, stipulation, and proposed order with the Court, stating that the parties continued to make substantial progress toward a reaching a final agreement but had not yet finalized the terms of a settlement. Docket No. 43 at 2. Pursuant to the stipulation, this Court entered an Order staying proceedings until the Initial Case Management Conference and requiring the parties to provide a joint report on case status, prospects of settlement, and case management scheduling by April 8, 2011. Docket No. 44 at 4. The parties hereby submit this report in response to the Court's Order.

The proposed settlement encompasses disbursement of insurance proceeds, division of annual income, land transfer, covenants, the scope of releases, and deed notice provisions for the Stibnite Mine site.

On March 21, 2011, counsel for Bradley Mining and Bradley Trust, requested a meeting between his clients and the person at the Environmental Protection Agency ("EPA") Region 9 who would be responsible for approving the settlement. The meeting was requested to discuss unresolved settlement terms that have remained points of contention between the parties since an exchange of settlement documents in February 2011. As the United States explained to Bradley's counsel on March 23, Jane Diamond, the Director of the Superfund Division, had the authority and responsibility to approve any settlement for EPA Region 9. However, she would not be back in the office until after April 8, 2011, the filing deadline for this joint status report. On April 7, the parties agreed that Defendants will meet with Ms. Diamond on April 28, 2011.

Pursuant to the Court's Order, all proceedings in this matter, with the exception of any further mediation-related proceedings, are stayed until the Initial Case Management Conference, which is currently set for 1:30 p.m. on May 9, 2011. Docket No. 44 at 3. At this point, the parties are seeking to discuss and resolve the remaining issues between them, and a meeting among the decision makers is scheduled to take place on April 28. Under these circumstances, the parties would like to request from the Court an additional stay of litigation and a continuance of the Initial Case Management Conference and other deadlines.

1  IT IS SO STIPULATED.

2  I attest that concurrence in the filing of this Joint Status Report, Stipulation, and

3  [proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendant Bradley

4  Mining Company.

5  Dated: April 8, 2011                          /s/ Loren Remsberg

6                                                Loren Remsberg
                                                  Environmental Enforcement Section
7                                                 U.S. Department of Justice
                                                  601 D Street, NW
8                                                 Washington, DC 20004
                                                  Tel: (202) 514-3143
9                                                 Fax: (202) 514-4180
                                                  Attorneys for Plaintiff United States of
10                                                America

11  Dated: April 8, 2011                         /s/ Jon K. Wactor

12                                                Jon K. Wactor
                                                  Wactor & Wick LLP
13                                                180 Grand Avenue, Suite 950
                                                  Oakland, California 94612
14                                                Tel: (510) 465-5750
                                                  Fax: (510) 465-5697
15                                                Attorneys for Defendants Bradley Mining
                                                  Company and Frederick Bradley, as Trustee of the
16                                                Worthen Bradley Family Trust

17

18                              **[~~PROPOSED~~] ORDER**

19  GOOD CAUSE APPEARING, IT IS ORDERED that:

20  (1)  all proceedings in this matter, with the exception of any further mediation-related

21       proceedings, shall be stayed until the continued Initial Case Management Conference;

22  (2)  the Initial Case Management Conference, which is currently set for May 9, 2011, at 1:30

23       p.m., shall be continued until September 12, 2011, at 1:30 p.m., or a date thereafter that is

24       set by the Court;

25  (3)  the United States' response to the counterclaims is not due until November 14, 2011, or

26       60 days after the date set by the Court for the continued Initial Case Management

27       Conference; and

28  (4)  Bradley Trust's motion for summary judgment, currently scheduled for hearing at 10 a.m.

|   |   |   |
|---|---|---|
| 1 |  | on June 13, 2011, shall be continued until 10 a.m. on March 12, 2012, or six months after |
| 2 |  | the date set by the Court for the continued Initial Case Management Conference. |
| 3 | (5) | the parties shall provide a joint report to the Court on case status, prospects of settlement, |
| 4 |  | and case management scheduling, if needed, by August 5, 2011. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   04/11/2011



THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT