1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   LOREN REMSBERG
4  SEAN CARMAN
   Trial Attorneys
5  Environmental Enforcement Section
   U.S. Department of Justice
6  601 D Street NW
   Washington, DC 20004
7  Tel:  (202) 514-3143
   Fax:  (202) 616-6583
8  E-mail: Loren.Remsberg@usdoj.gov

9
   Attorneys for Plaintiff United States of America
10

11                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )
                                        )   Case No. 3:08-CV-05501 TEH
15              Plaintiff,              )
                                        )
16       v.                             )   JOINT MOTION TO CONSOLIDATE
                                        )   ACTIONS, STIPULATION, AND
17 BRADLEY MINING COMPANY,              )   [~~PROPOSED~~] ORDER
                                        )
18              Defendant.              )
                                        )
19 _____)

20

21

22

23

24

25

26

27

28

Plaintiff, the United States of America, and Defendant, Bradley Mining Company, hereby move, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to consolidate the above-captioned action with the related action filed in this Court by the United States, United States v. Bradley Mining Company, et al., Civil Action No. 3:08-CV-03968-TEH. The parties respectfully request that the Court consolidate these two actions under case number 3:08-CV-03968-TEH.

On August 19, 2008, the United States filed a Complaint against Defendants Bradley Mining Company and Frederick Bradley, Trustee for the Worthen Bradley Family Trust, in case number 3:08-CV-03968-TEH under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. § 9601 et seq., seeking recovery of unreimbursed costs incurred and to be incurred by it, together with interest, for activities undertaken in response to the release or threatened release of hazardous substances at the Sulphur Bank Mercury Mine Superfund Site in Lake County, California ("Sulphur Bank case"). On September 26, 2008, the United States filed another action under Section 107 of CERCLA, 42 U.S.C. § 9607, against Bradley Mining Company in the District Court of Idaho for recovery of costs incurred by the United States in connection with the Stibnite Mine Site in Valley County, Idaho ("Stibnite Mine case"). Pursuant to the parties' stipulation, the District of Idaho ordered that the venue be changed to the Northern District of California. In response to the parties' stipulation and the United States' motion in the Sulphur Bank case, this Court determined that the Sulphur Bank and Stibnite Mine cases were related on December 23, 2008. Case No. 3:08-CV-03968-TEH, Court Docket No. ("DN") 31.

On December 2, 2011, the parties filed a Joint Notice of Settlement to inform the Court that the parties had reached final agreement on all of the terms of a Consent Decree, which, if entered, would fully resolve all of the claims in this matter and in the related Sulphur Bank case, United States v. Bradley Mining Company, et al., Case No. 3:08-CV-03968-TEH. DN 57. Counsel for the Elem Tribe, which is not yet a party to this action but is a party to the Consent Decree, has also represented that the terms of the Consent Decree are acceptable to the Elem Tribe. Id. at 2. If approval of the Consent Decree is obtained from all parties, the United States

will lodge the Consent Decree with the Court and submit the Consent Decree for public comment in accordance with 28 C.F.R. § 50.7. Id. The Court granted the parties' request to stay all proceedings in this matter for 75 days to allow for a final settlement of this matter. DN 58 at 3.

Consolidation is appropriate because the Sulphur Bank and the Stibnite Mine cases involve common parties and common questions of law and fact, and are expected to be resolved concurrently by the same Consent Decree. See Fed. R. Civ. P. 42(a). Furthermore, in addition to simplifying the public comment procedure by the lodging of a single decree, the parties agree that consolidation into one action will facilitate entry of the decree and any potential amendment, enforcement, or other future Court action related to the Consent Decree. Accordingly, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the parties respectfully request that the Court consolidate these two actions under the Sulphur Bank case number, 3:08-CV-03968 TEH. A proposed Order is submitted below.

IT IS SO STIPULATED.

I attest that concurrence in the filing of this Joint Notice of Settlement has been obtained from Mr. Jon K. Wactor, the attorney for Defendant Bradley Mining Company.

Dated:  December 5, 2011                    /s/ Loren Remsberg

Loren Remsberg
Sean Carman
Environmental Enforcement Section
U.S. Department of Justice
601 D Street NW
Washington, DC 20004
Tel:  (202) 514-3143
Fax:  (202) 616-6583
Attorneys for Plaintiff United States of America

Dated:  December 5, 2011                    /s/ Jon K. Wactor

Jon K. Wactor
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California 94612
Tel: (510) 465-5750
Fax: (510) 465-5697

        Attorneys for Defendants Bradley Mining Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust

### [~~PROPOSED~~] ORDER

The Court, having read and considered the Joint Motion to Consolidate Actions and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.     The Joint Motion to Consolidate Actions is GRANTED;

2.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, this action is consolidated with the related Sulphur Bank case, <u>United States v. Bradley Mining Company, et al.</u>, Civil Action No. 3:08-CV-03968-TEH, and that action (3:08-CV-03968) shall be designated as the main case. Henceforth, these consolidated cases shall be considered as one case, and all pleadings shall be filed in the main case and captioned with case number 3:08-CV-03968.

3.     This Stibnite Mine case, <u>United States v. Bradley Mining Company</u>, Civil Action No. 3:08-CV-05501-TEH, shall be statistically closed.

4.     Parties in the related action shall be added to the main case as consolidated plaintiffs/defendants, as applicable.

IT IS SO ORDERED.

Dated: 12/05/2011



_____
THE                                   JUDGE
UNITED STATES DISTRICT COURT